[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 15, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15369
Non-Argument Calendar

_____

D. C. Docket No. 02-00449-CR-T-17MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHILLIP WAINWRIGHT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 15, 2009)

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Phillip Wainwright in this appeal

from the district court's denial of a motion to reduce Wainwright's sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED**.